








```
JPP    4/17/01    9:49
3:01-CV-00665   MAHER V. INS
*2*
*M.*
```

ORIGINAL

___DANIEL MAHER___
PLAINTIFF/PETITIONER/MOVANT'S NAME
___A35 945 225___
PRISON NUMBER

___INS Detention Facility___
PLACE OF CONFINEMENT

___1115 North Imperial Avenue, El Centro, CA 92243___
ADDRESS

01 APR 16 PM 1:58

# United States District Court
## Southern District Of California

___DANIEL MAHER___,
Plaintiff/Petitioner/Movant

v.

___Immigration and Naturalization___,
___Service___  Defendant/Respondent

Civil No. **'01 CV 0065 K (RBB)**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, ___DANIEL MAHER___, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒Yes ☐ No  (If "No" go to question 2)
    If "Yes," state the place of your incarceration ___INS Detention Facility El Centro___
    Are you employed at the institution?      ☐ Yes ☒ No
    Do you receive any payment from the institution?   ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]



CIV-67 (Rev. 9/97)

K:\COMMON\FORMS\CIV-67.

2. Are you currently employed? ☐ Yes ☒ No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __NONE IN LAST 12 MONTHS__

3. In the past twelve months have you received any money from any of the following sources?:
    a. Business, profession or other self-employment      ☐ Yes ☒ No
    b. Rent payments, royalties interest or dividends     ☐ Yes ☒ No
    c. Pensions, annuities or life insurance              ☐ Yes ☒ No
    d. Disability or workers compensation                 ☐ Yes ☒ No
    e. Social Security, disability or other welfare       ☐ Yes ☒ No
    e. Gifts or inheritances                              ☐ Yes ☒ No
    f. Spousal or child support                           ☐ Yes ☒ No
    g. Any other sources                                  ☒ Yes ☐ No

    If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. __FROM FAMILY, AND IN INCONSISTENT AMOUNTS AND TIMES__

4. Do you have any checking account(s)?    ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s): _____
    b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s): _____
    b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☒ No
    a. Make: _____ Year: _____ Model: _____
    b. Is it financed? ☐ Yes ☐ No
    c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  NONE

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   NONE

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): NONE

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _____

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/24/01
DATE

[signature]
SIGNATURE OF APPLICANT

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant **DANIEL MAHAR**,
(NAME OF INMATE)

**A 35 945 225**,
(INMATE'S CDC NUMBER)

has the sum of $ **Ø** on account to his/her credit at

**EL CENTRO SERVICE PROCESSING CENTER**
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities **Ø**

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $ **Ø**,

and the *average monthly deposits* to the applicant's account was $ **Ø**.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

**2-4-01**
DATE

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

Unable to obtain this information from the institution. I have _____ in the INS's custody.

**Thomas Arley**
OFFICER'S FULL NAME (PRINTED)

Signature _____ Date

**SOCO**
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97) -4- K:\COMMON\FORMS\CIV-67.

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form MUST be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _DANIEL MAHLER    A35 945 225_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_2/24/01_                                  _[signature]_
DATE                                        SIGNATURE OF PRISONER